1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ12-605 |
| Plaintiff, | |
| v. | |
| JOSE CALDERON-PEDRIZCO, | DETENTION ORDER |
| Defendant. | |

Offenses charged:

Count 1:          Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)

Count 2:          Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Count 3:          Possession of a Firearm in Relation to Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)

Date of Detention Hearing:  November 9, 2012

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.          Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1    the pending charges.  Application of the presumption is appropriate in this case.

2.   An immigration detainer has been placed on defendant by the United States

3    Immigration and Customs Enforcement.

3.   Defendant has stipulated to detention, but reserves the right to contest his

     continued detention if there is a change in circumstances.

4.   There are no conditions or combination of conditions other than detention that

     will reasonably assure the appearance of defendant as required or ensure the

     safety of the community.

IT IS THEREFORE ORDERED:

(1)  Defendant shall be detained and shall be committed to the custody of the

     Attorney General for confinement in a correction facility separate, to the extent

     practicable, from persons awaiting or serving sentences or being held in custody

     pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with

     counsel;

(3)  On order of a court of the United States or on request of an attorney for the

     government, the person in charge of the corrections facility in which defendant

     is confined shall deliver the defendant to a United States Marshal for the

     purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to

     counsel for the defendant, to the United States Marshal, and to the United States

     Pretrial Services Officer.

DATED this 9th day of November, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2